**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

　　　vs.                                                  Criminal Number

　　　(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☐ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

*(Attorney & Bar ID Number)*

*(Firm Name)*

*(Street Address)*

*(City)            (State)            (Zip)*

*(Telephone Number)*