UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : CN: 05-305 (RBW) |
| | : |
| Nhan Nguyen | : |
| | : |
| Defendant | : |
| | : |

NOTICE OF FILING

The Defendant, Nhan Nguyen, by and through counsel, requests that the attached discovery letter dated September 14, 2005 be made a part of the record in this case.

Respectfully submitted,
NHAN NGUYEN
By Counsel


_____/s/_____
IDUS J. DANIEL, JR.
639 I Street N.E.
Washington, DC 20002
(202) 546-5023
Ijdaniel_law@hotmail.com
D.C. Unified Bar No. 405077


_____/s/_____
MATTHEW WARTEL
216 S. Patrick Street
Alexandria, Va. 22314
703-549-0446
D.C. Unified Bar No. 457295

1

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice was mailed postage prepaid to Assistant U.S. Attorney David P. Cora, Esquire, 555 4th. Street N.W., Washington, DC 20530 this 16th day of September 2005.

_____/s/_____
Matthew Wartel