UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No. 05-CR-305 (RBW) |
| v. : | |
| : | Judge Reggie B. Walton |
| **NHAN NGUYEN,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**GOVERNMENT'S OPPOSITION TO
DEFENDANT'S NHAN NGUYEN'S MOTION FOR RELEASE ORDER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits its opposition to defendant Nhan Nguyen's Motion Requesting Entry of Release Order, and states that said motion should be denied, because it presents no changed circumstances since the Magistrate Judge ordered Defendant held in pretrial detention, it presents no changed circumstances for this Defendant, and because the Pretrial Detention is Warranted for Defendant Charged with Drug Trafficking Crime while on Probation:

**PROCEDURAL BACKGROUND**

Defendant was arrested on probable cause on July, 13, 2005, with his co-defendant, Tommy Nguyen, for a drug charge.[1] On July 14, the complaint was charged, and the Defendant was held on the Government's motion for three day temporary detention. On July 18, 2005, Magistrate Judge Deborah A. Robinson held a detention hearing, and ordered the Defendant held without bond (Docket entry 4).[2] On August 11, 2005, the defendant was indicted for Possession with Intent to Distribute MDMA (Ecstacy), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). The statutory maximum term of

---

[1] Tommy Nguyen is also held.

[2] The Government has ordered the transcript expedited.

1