AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

TOMMY NGUYEN
DOB: 12/3/75
PDID: 575-610

NHAN THANH NGUYEN
DOB: 1/21/75
PDID: 575-612

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 13, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

<u>unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of MDMA, a Schedule I controlled substance.</u>

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER STEVEN MANLEY__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
OFFICER STEVEN MANLEY
MAJOR NARCOTICS BRANCH, MPD

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                         City and State

_____         _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTS

On Wednesday, July 13, 2005, a confidential informant (CI) working with an undercover officer with the Metropolitan Police Department's Major Narcotics Branch arranged to purchase 850 ecstacy pills from defendant Tommy Nguyen for $8,500.00 at 13th and G Streets, N.W., Washington, D.C. Once in the area, defendant Tommy Nguyen got into the undercover officer's car, and the undercover officer showed the defendant the $8,500.00 in pre-recorded MPDC funds. The defendant instructed the undercover officer to drive to 14th and F Streets, N.W. where defendant Tommy Nguyen got out of the car, and defendant Nhan Nguyen walked over to Tommy. Defendant Nhan Nguyen handed the other defendant one plastic ziplock containing 2 pink pills. Defendant Tommy Nguyen then gave the pills to the CI, who gave them to the undercover officer. Both defendants and the CI then entered a black Acura, and while inside of the car, the defendant showed the CI one black bag with a large plastic bag containing numerous pills. Officers stopped the defendants, and recovered a black plastic bag with a large plastic bag containing 847 pink pills. The pills field tested positive for the presence of MDMA. Officers placed both defendants under arrest.

My bases for believing that defendants distributed pills containing MDMA ("methylenedioxy-methamphetamine"), as described in this statement of facts, are as follows:(1) the negotiations between defendants and the CI specifically were for "ecstacy," which is a street name for MDMA; (2) after defendants actually distributed the pills, another police officers subjected some to a field test, and that showed that the pills contained a methamphetamine, such as MDMA; for some years, I have taken part in police narcotic investigations involving illegal distribution of MDMA in the form of "ecstacy pills," and I am able to recognize such pills upon sight. In particular, such pills can be identified by their size, color, appearance, and the common presence of unusual and distinctive markings imprinted on the surface of the pills. The suspected ecstacy pills bore all of these signs of being ecstacy, in particular the unusual markings.

In the course of my experience and training, I have learned that MDMA is a classified as a Schedule I controlled substance under the federal Controlled Substances Act ("CSA"), 21 U.S.C. § 801, *et seq.* This classification can be found in Code of Federal Regulations Information, 21 C.F.R. § 1308.11(d)(11).

_____
OFFICER STEVEN MANLEY
MAJOR NARCOTICS BRANCH, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __ DAY OF JULY, 2005.

_____
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-305 |
| v. | : | MAGISTRATE NO. 05-0398M-01 (CR) |
| | : | MAGISTRATE NO. 05-0398M-02 (CR) |
| TOMMY NGUYEN, | : | |
| NAHN THANH NGUYEN, | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| Defendant. | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | MDMA) |

FILED IN OPEN COURT

### COUNT ONE

AUG 11 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

On or about July 13, 2005, within the District of Columbia, TOMMY NGUYEN and NAHN THANH NGUYEN, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of MDMA, also known as Ecstacy, a Schedule I controlled substance.

(Unlawful Possession With Intent to Distribute MDMA, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia