**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Cr. No.  05-0305(RBW)** |
| | : | |
| **NHAN NGUYEN,** | : | |
| **Defendant** | : | |

**ORDER**

Based upon the government's motion to admit the defendant's prior conviction for

impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him

with the convictions set out in the government's motion.

_____
REGGIE B. WALTON
United States District Judge

c:    David P. Cora, AUSA

      Idus J. Daniel, Jr., Esquire
      707 8th Street, S.E., Suite 200
      Washington, D.C. 20003