UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-305 (RBW) |
| | : | |
| v. | : | |
| | : | |
| NHAN T. NGUYEN, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

GOVERNMENT MOTION FOR LEAVE TO LATE FILE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for leave to late file its response to the Defendant Nhan T. Nguyen's Motion for Disclosure of Confidential Informants, and as grounds states as follows:

Pursuant to the Court's most recent scheduling order, the Government's opposition was due on November 14, 2005. Undersigned had drafted a response and forwarded it to his legal assistant on Thursday, November 10, 2005, requesting it be filed on Monday, the 14th. Friday was a federal holiday. Unfortunately, undersigned's legal assistant was out sick on November 14 and 15, and did not file the Opposition in a timely manner. Undersigned failed to check on this pending work, and therefore, then time for response has elapsed.

Therefore, the government requests leave to file its response late.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 471623
U.S. Attorney's Office
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W.,
Washington, DC 20530
(202) 616-3302   FAX:  (202) 353-9414