UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-305 (RBW) |
| | : | |
| v. | : | |
| | : | |
| NHAN T. NGUYEN, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

The Government having filed a Motion for Leave to Late File its Opposition to Defendant's Motion for Disclosure , and good cause having been found,

THEREFORE, it is this _____ day of November, 2005, hereby

ORDERED, that the government's motion is GRANTED, and said Motion shall be accepted for filing.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE