UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.  054-CR-305 (RBW)** |
| v. : | |
| : | **Judge Reggie B. Walton** |
| **NHAN NGUYEN,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

This case having come to be heard on the Defendant Nhan Nguyen's Motion For Disclosure of Confidential Informant, and having the Government's Opposition, it is hereby ordered that said Motion is:

DENIED.

It is further ordered that if Government does not call the Confidential Informant in its case-in-chief, it shall make him available at its office or at a place agreeable to the parties, at a time agreeable to the parties, or at a time established by further order of the Court.

So Ordered, this _____ day of _____.


_____
REGGIE B. WALTON
United States District Court Judge