UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-305 (RBW) |
| ) | |
| NHAN THANH NGUYEN and ) | |
| TOMMY NGUYEN ) | |
| Defendants ) | |

### ORDER

In accordance with the status conference held in this matter on November 30, 2005, and defendant Nhan Than Nguyen's Motion for Disclosure of Confidential Informants [D.E. #20], it is hereby

**ORDERED** that the Motion for Disclosure of Confidential Informants is DENIED in part and GRANTED in part. If the Government does not call the Confidential Informant in its case-in-chief, it shall make him available to the defense at least 20 days before the trial, which is currently scheduled to commence on February 21, 2006. It is further

**ORDERED** that the defendant Nhan Thanh Nguyen shall be immediately provided with a medical examination in his current facilities at the District of Columbia Jail to assess his need for medical treatment. It is further

**ORDERED** that if it is determined that the defendant Nhan Thanh Nguyen is in need of further medical treatment, such treatment shall be provided forthwith.

**SO ORDERED** this 7th day of December, 2005.

_____
REGGIE B. WALTON
United States District Judge