UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-305 (RBW) |
| v | : | |
| NHAN NGUYEN | : | |

FILED
FEB 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Proffer in Support of Guilty Plea. Had this case been called to trial, the government would have presented the following:

On July 13, 2005, Defendants Tommy Nguyen and Nhan Nguyen possessed with the intent to distribute 851 pills of MDMA (Ecstacy) to persons who proved to be a confidential informant working with an MPD undercover officer, for $8,500. All of the negotiations between the two defendants and law enforcement were conducted by Tommy Nguyen, and Nhan Nguyen was responsible for holding the drugs for delivery.

The defendants first agreed to meet the buyers (law enforcement) at 15th and L Street, N.W., Washington, DC. Tommy Nguyen arrived in a black Nissan Maxima at approximately 4:25 pm. He approached the confidential informant and the undercover officer, who were both sitting in a motor vehicle. During the ensuing negotiation, Tommy Nguyen said he did not have the Ecstacy, and that he wanted the money fronted, and that he should be followed to another location. After further discussions, Tommy Nguyen was shown the $8,500. Tommy Nguyen left, agreeing to meet at 16th and U Street at 8:00 pm.

Afterwards, Tommy Nguyen arranged a different meeting site: Hechts's (13th and G Street,

N.W.). At approximately 8:02 p.m., law enforcement saw Tommy Nguyen's black Nissan Maxima in the area. While the undercover officer was circling Hecht's with the confidential informant, they got a call from Tommy Nguyen, asking where they were.

At approximately 8:05 p.m, Tommy Nguyen appeared, and further negotiated drug sale. As part of the negotiations to see the drugs, Tommy Nguyen and the confidential informant left the undercover vehicle and got into the Nissan Maxima. The confidential information was not shown the drugs while there.

After the two returned to the undercover vehicle, the undercover officer told Tommy Nguyen to just go get the stuff while we waited for him. Tommy Nguyen called Nhan Nguyen and spoke to him regarding the delivery of the drugs. Then Tommy Nguyen said to drive to the 600 block of 14th Street, N.W.

There, he placed a second call to Nhan Nguyen, who answered his cellphone while he was standing nearby. Tommy Nguyen approached Nhan Nguyen, took two Ecstacy pills from him, and handed them to the confidential informant, who gave them to the undercover officer.

Nhan Nguyen walked to his black Acura. Tommy Nguyen took the $8,500 from the undercover officer and entered Acura. Inside the Acura, Nhan Nguyen handed the 849 tablets of MDMA (Ecstacy) to the confidential informant. The DEA lab report reflects the total weight of MDMA as 230.51 grams.

Had this case proceeded to trial, the government would also have presented expert testimony demonstrating that the drug amounts indicated above are more consistent with intent to distribute rather than personal use, because of the quantity of the drugs possessed.

 

|  |  |
|---|---|
| _/s/ Matthew Wartell_<br>MATTHEW WARTELL<br>Counsel for the Defendant | Respectfully Submitted,<br>_/s/ David P. Cora_<br>DAVID P. CORA<br>Assistant United States Attorney |
| _/s/ Nhan Nguyen_<br>NHAN NGUYEN<br>Defendant | |