UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NHAN NGUYEN,<br>          Defendant. | Crim. No. 05-305(RBW) |

**FILED**

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ELEMENTS OF THE OFFENSE

The elements of the offense of **Possession with Intent to Distribute MDMA**, all of which the government must prove beyond a reasonable doubt, are as follows:

1. That the defendant possessed a controlled substance;
2. That the defendant possessed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.
3. That when the defendant possessed the controlled substance he had the specific intent to distribute it. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.
4. The law makes 3,4-Methylenedioxymethamphetamine, which is a Schedule I Hallucinogen commonly known as MDMA or Ecstacy, a controlled substance.

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia

BY: _____
DAVID P. CORA, Fla. Bar N0. 471 623
Assistant United States Attorney
Organized Crime and Narcotics Trafficking
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616 3302